IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CODY S. HOWARD                                          PLAINTIFF

v.                        Civil No. 4:18-cv-04116

SHERIFF JACKIE RUNION;
WARDEN JEFFIE WALKER;
CAPTAIN GOLDEN ADAMS;
SERGEANT J. GUTHRIE; and
SERGEANT SANDERS                              DEFENDANTS

**ORDER**

      Cody S. Howard, currently an inmate of the Miller County Detention Center, filed this 42 U.S.C. § 1983 action *pro se* on August 13, 2018. (ECF No. 1).

      Before the Court is Plaintiff's Motion to Compel production of two grievances - #2,967,087 and #2,989,138. (ECF No. 18). Defendants have filed a response stating they have updated their disclosures and have produced the requested grievances to Plaintiff. (ECF No. 19).

      Accordingly, Plaintiff's Motion to Compel (ECF No. 18) is **DENIED as MOOT.**

      IT IS SO ORDERED this 29th day of January 2019.

                                                   /s/ *Barry A. Bryant*
                                                   HON. BARRY A. BRYANT
                                                   UNITED STATES MAGISTRATE JUDGE